Frank REED, Appellant,

v.

The STATE of Texas, Appellee.

No. 27162.

Court of Criminal Appeals of Texas.

Nov. 10, 1954.

No appearance for appellant.

Wesley Dice, State's Atty., Austin, for the State.

PER CURIAM.

The conviction is for the sale of whisky in a dry area; the punishment, $250 fine.

The record contains no notice of appeal, in the absence of which we are without jurisdiction to enter any order except to dismiss the appeal.

The appeal is dismissed.